**Affirmed and Opinion Filed March 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01424-CR

### SAWEAT JINTANONT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-45928-I**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Brown
Opinion by Chief Justice Wright

Saweat Jintanont appeals his conviction, following the adjudication of his guilt, for

possession of 3,4-methylenedioxy methamphetamine in an amount less than one gram. *See* TEX.

HEALTH & SAFETY CODE ANN. § 481.116(a), (b) (West 2010). The trial court assessed

punishment at six months' confinement in a state jail facility. On appeal, appellant's attorney

filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief

meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a

professional evaluation of the record showing why, in effect, there are no arguable grounds to

advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).

Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
131424F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAWEAT JINTANONT, Appellant

No. 05-13-01424-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F12-45928-I).
Opinion delivered by Chief Justice Wright],
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered March 27, 2015.